LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
MEGAN H. HUMMEL, ESQ.
Nevada Bar No. 12404
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 – Telephone
(702) 382-1512 – Facsimile
kanderson@lipsonneilson.com
mhummel@lipsonneilson.com

*Attorneys for Defendant*
*Pima Village Owners Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Nomura Credit and Capital, Inc., a New York corporation,<br><br>Plaintiff,<br><br>vs.<br><br>PIMA VILLAGE OWNERS ASSOCIATION, a Nevada non-profit corporation; ALESSI & KOENIG, LLC a Nevada limited liability company; RAM, LLC, a Nevada limited liability company; ANZELMA G. ZEPEDA, an individual; DOES 1 through 10, inclusive, and ROES 1 through 10, inclusive<br>Defendants. | CASE NO.: 2:17-cv-01243-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO NOMURA CREDIT AND CAPITAL, INC'S COMPLAINT**<br><br>**(First Request)** |

Defendant PIMA VILLAGE OWNERS ASSOCIATION ("HOA"), and Plaintiff NOMURA CREDIT AND CAPITAL, INC., by and through their respective counsel, hereby agree and stipulate as follows:

IT IS HEREBY AGREED AND STIPULATED, that the deadline for HOA to Respond to Plaintiff NOMURA CREDIT AND CAPITAL, INC.'S Complaint shall be extended to **August 7, 2017**. The HOA's Response was originally due on July 6, 2017, however, counsel has just recently been retained in this matter and requires additional time to analyze Plaintiff's claims.

1  This is the HOA's first request for an extension of these deadlines and is not
2  intended for the purposes of prejudice or delay.

3  DATED this 25th day of July, 2017.          DATED this 25th day of July, 2017.

4  LIPSON, NEILSON, COLE, SELTZER &           ZIEVE, BRODNAX & STEELE, LLP
   GARIN, P.C.

   By: /s/ Megan H. Hummel                    By: /s/ Shadd A. Wade
   Kaleb D. Anderson, Esq. (Bar # 7582)       Shadd A. Wade, Esq. (Bar #11310)
   Megan H. Hummel, Esq. (Bar # 12404)        3753 Howard Hughes Pkwy., Suite 200
   9900 Covington Cross Dr., Suite 120        Las Vegas, NV 89169
   Las Vegas, NV 89144

   Attorneys for Defendant                    Attorney for Plaintiff
   Pima Village Owners Association            Nomura Credit and Capital, Inc.

### ORDER

IT IS SO ORDERED.

DATED this 28th day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.

By: /s/ Megan H. Hummel
Kaleb D. Anderson, Esq. (Bar # 7582)
Megan H. Hummel, Esq. (Bar # 12404)
9900 Covington Cross Dr., Suite 120
Las Vegas, NV 89144

Attorneys for Defendant
Pima Village Owners Association