# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Nomura Credit and Capital, Inc.

Plaintiff,

v.

Pima Village Owners Association, et al.

Defendant.

DEFAULT

JUDGMENT IN A CIVIL CASE

Case Number:  2:17-cv-01243-JAD-VCF

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of Nomura and against RAM, LLC as follows:
IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that title to the real property located at 4604 Painted Cliffs Drive, Las Vegas, Nevada 89108, APN # 139-19-212-019, is quieted in favor of Nomura Credit and Capital, Inc., as the owner of the property, and that RAM, LLC has no estate, interest, lien, or title in or to this property. This judgment may be recorded in the Official Records to provide notice of Nomura Credit and Capital, Inc.'s interest.

03/25/2019
_____
Date

DEBRA K. KEMPI
_____
Clerk

/s/ A. Reyes
_____
Deputy Clerk